# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 05-cv-02373-REB-CBS

AURORA NATIONAL LIFE ASSURANCE COMPANY,

Plaintiff,

v.

GLORIA T. AUGUST, INDIVIDUALLY AND ON BEHALF OF MATAANYA B. HOROWITZ AND BENYAKIR B. HOROWITZ (MINORS)

Defendants.

___

## ORDER RESOLVING ALL MATTERS IN DISPUTE
___

BASED ON THE STIPULATED SETTLEMENT AGREEMENT AND MUTUAL RELEASE AND REQUEST FOR ORDER RESOLVING ALL MATTERS IN DISPUTE, THIS COURT ORDERS THAT:

  a) Defendants, Mataanya B. Horowitz and Benyakir B. Horowitz, both minors under the Colorado Uniform Transfers to Minors Act, C.R.S. 11-50-101 et seq., are the correct and appropriate beneficiaries of the Policies;

  b) Defendant, Gloria T. August, is the appropriate custodian of the minors, Mataanya B. Horowitz and Benyakir B. Horowitz, pursuant to the Colorado Uniform Transfers to Minors Act, C.R.S. 11-50-101 et seq.;

  c) Aurora National Life Assurance Company is entitled to recover its reasonable attorney's fees incurred in the filing of this Interpleader action in the amount of $7,000;

  d) Aurora National Life Assurance Company shall deduct the amount of its attorney's fees

from the total amount of death benefits plus interest due and owing under policy numbers C11451129L and C11453307L and shall distribute one half of the net amount to Gloria T. August, as custodian for Mataanya B. Horowitz, and one half of the net amount to Gloria T. August, as custodian for Benyakir B. Horowitz.

e) Upon receipt of the net amounts owed under policy numbers C11451129L and C11453307L, Defendant, Gloria T. August, shall immediately notify the Court and submit an Order of Dismissal with Prejudice to be entered by the Court.

Dated February 16, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

2