IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02373-REB-CBS

AURORA NATIONAL LIFE ASSURANCE COMPANY,

    Plaintiff,

v.

GLORIA T. AUGUST,
MATAANYA B. HOROWITZ, and
BENYAKIR B. HOROWITZ,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**Blackburn, J.**

    Based on the ORDER RESOLVING ALL MATTERS IN DISPUTE dated February 16, 2006, and this court having been notified by defendant Gloria T. August that all payments due and owing from Aurora National Insurance under policy numbers C11451129L and C11453307L have been received, this court orders this case is dismissed with prejudice.

    Dated March 27, 2006, at Denver, Colorado.

    BY THE COURT:

    **s/ Robert E. Blackburn**
    _____
    United States District Judge